B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re   Marcel A. Terla
                                          Debtor(s)

Case No.   8:15-bk-02160
Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bayview Financial Loan | Location: 13023 Avalon Crest Court, Riverview FL 33579<br>Legal Desc.: SUMMERFIELD VILLAGE 1 TRACT 18 LOT 60 BLOCK 1 |

Property will be (check one):
  ☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt      ☒ Not claimed as exempt

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Summerfield HOA | Location: 13023 Avalon Crest Court, Riverview FL 33579<br>Legal Desc.: SUMMERFIELD VILLAGE 1 TRACT 18 LOT 60 BLOCK 1 |

Property will be (check one):
  ☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt      ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                            Page 2

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| Lessor's Name:<br>Acceptance Now | Describe Leased Property:<br>Acct# R067090001450R0670901113<br>Opened Opened 8/01/14 Last Active 12/12/14<br>Rental Agreement for living room furniture | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| Property No. 2 | | |
| Lessor's Name:<br>Rent-A-Center | Describe Leased Property:<br>Lease agreement for washer and dryer | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |
| | | |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   May 15, 2015                          Signature   _____
                                                          Marcel A. Terla
                                                          Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                  Case No.: 8:15-bk-02160-KRM

Marcel A. Terla

Debtors.                                                                CHAPTER 7

_____/

## CERTIFICATE OF SERVICE

A true and correct copy of Chapter 7 Individual Debtor's Statement of Intention (Doc No. 17) has been sent by U.S. Mail or by electronic transmission on the 21st day of May, 2015 to:

All Creditors Listed on the attached Mailing Matrix.

/s/ Roberto D DeLeon, Esq.
Roberto D DeLeon, ESQ.
Attorney for Debtors
Kaufman, Englett & Lynd, PLLC
150 N Orange Avenue, Suite 100
Orlando, FL 32801
T. 407.513.1900
F. 407.309.5900
Fla. Bar No. 93901

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-02160-KRM<br>Middle District of Florida<br>Tampa<br>Thu May 21 10:50:26 EDT 2015 | United States Trustee - TPA7/13 7<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | ASI Underwriters<br>P.O. Box 33018<br>Saint Petersburg, FL 33733-8018 |
| Acceptance Now<br>5501 Headquarters Dr<br>Plano, TX 75024-5837 | Ally Financial<br>200 Renaiance Ctr.<br>Detroit, MI 48243-1300 | Ally Financial f/k/a GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| American General<br>1650 N. John Young Parkway<br>Suite C<br>Kissimmee, FL 34741 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| (p)AMERICREDIT<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Amsher Collection Service<br>Attn: Bankruptcy/Emily Sher<br>600 Beacon Parkway West, Suite 300<br>Birmingham, AL 35209-3114 | Bayview Financial Loan<br>Bankruptcy Dept<br>4425 Ponce De Leon Blvd<br>5th Fl<br>Miami, FL 33146-1873 |
| Big Lots<br>2855 Selma Highway<br>Montgomery, AL 36108-5035 | Brandon Regional Hospital<br>PO Box 31172<br>Tampa, FL 33631-3172 | Bright House<br>1655 State Rd. #472<br>PO Box 6001<br>Deland, FL 32721-6001 |
| Capital 1 Bank<br>Attn: General Correspondence<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry<br>PO Box 520<br>Valhalla, NY 10595-0520 | Central Credit Services, Inc<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 |
| Chase<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021-5981 | Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380-2068 |
| Credit Protection Assoc<br>13355 Noel Rd<br>Dallas, TX 75240-6837 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Dt Credit Co<br>Po Box 29018<br>Phoenix, AZ 85038-9018 |
| Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Flexshopper.com<br>2650 N. Military Trl<br>Boca Raton, FL 33431-6350 | G M A C<br>Po Box 105677<br>Atlanta, GA 30348-5677 |
| GC Services<br>6330 Gulfton<br>Houston, TX 77081-1198 | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GM Financial<br>801 Cherry St.<br>Fort Worth, TX 76102-6803 |

| | | |
|---|---|---|
| Guardian Protective Services<br>1174 Thorn Hill<br>Warrendale, PA 15086 | HSBC Auto Finance / Santander<br>Santander Consumer USA<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Hawthorne Place Apts<br>10104 Hawthonre Place Dr<br>Riverview, FL 33578-3083 |
| Hayt Hayt & Landau LLP<br>7765 SW 87th Avenue<br>Suite 101<br>Miami, FL 33173-2535 | Ideal Collection Services<br>PO Box 272407<br>Tampa, FL 33688-2407 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JC Christensen Assco. Inc.<br>P.O. Box 519<br>Sauk Rapids, MN 56379-0519 | Kahane & Assocs, P.A<br>c/o Charlene Eligon<br>8201 Peter Rd<br>Ste 3000<br>Fort Lauderdale, FL 33324-3292 | Leading Edge Recovery Sol<br>5440 N Cumberland Ave<br>Suite 300<br>Chicago, IL 60656-1486 |
| MCM<br>PO Box 939019<br>San Diego, CA 92193-9019 | Metris Company<br>506 South President St<br>Jackson, MS 39201-5301 | NAFS of Canada<br>165 Lawrence Bell Dr<br>Ste 100<br>Buffalo, NY 14221-7900 |
| NCO Financial<br>150 Crosspoint Pkwy<br>Getzville, NY 14068-1602 | NPRTO Florida, LLC<br>10619 S. Jordan Gateway #100<br>South Jordan, UT 84095-3974 | (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 |
| Penncro Assocs.<br>PO Box 1209<br>Oaks, PA 19456-1209 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Associate<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| Progressive Finance<br>11629 South 700 East<br>Ste. 250<br>Draper, UT 84020-8399 | Rent-A-Center<br>2525 E. Hillsborough Ave<br>Ste 129<br>Tampa, FL 33610-4424 | Santander Consumer<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| Scott's Lawn Service of Tamp<br>PO Box 742585<br>Cincinnati, OH 45274-2585 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sprint<br>P.O. Box 105243<br>Atlanta, GA 30348-5243 |
| Summerfield HOA<br>13011 Summerfiled Blvd<br>Riverview, FL 33579-7118 | Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 | Tate & Kirlin Assciates<br>2810 Southampton Rd.<br>Philadelphia, PA 19154-1207 |
| The emergency association<br>1 Davis Island<br>Tampa, FL 33606-3403 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 |

| | | |
|---|---|---|
| Beth Ann Scharrer<br>Trustee<br>PO Box 4550<br>Seminole, FL 33775-4550 | Marcel A. Terla<br>13023 Avalon Crest Court<br>Riverview, FL 33579-7175 | Roberto D DeLeon<br>Kaufman, Englett & Lynd, PLLC<br>150 N. Orange Avenue, Suite 100<br>Orlando, FL 32801-2317 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit<br>P.O. Box 183593<br>Arlington, TX | Nationwide Recovery Svc.<br>545 W. Inman St.<br>Cleveland, TN 37311 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 |
| Sprint<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Vystar Credit Union<br>Attn: Bankruptcy<br>Po Box 45085<br>Jacksonville, FL 32232 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Amscot<br>PO Box 25137 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     1<br>Total                   63 |